# Court of Appeals
# of the State of Georgia

ATLANTA,  February 18, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0038.  BULLOCK v. CITY OF SOUTH FULTON.

On February 18, 2019, Tandy Bullock filed an emergency motion seeking an appeal bond of $2500 concerning his incarceration for contempt by a municipal court. Although the emergency motion attaches a copy of the contempt order, it does not attach a filed notice of appeal as required by Rule 40 (b). In the absence of a properly filed notice of appeal along with a properly filed order as required by Rule 40 (b), this Court lacks jurisdiction over this matter. The emergency motion is therefore DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  02/18/2019*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*